People of State of Illinois ex rel. Mid-Continent Petroleum Corporation; Leslie Raymond Chapin et al., Petitioners-Appellees, v. The City of Savanna, Illinois; George C. Becker as Mayor of City of Savanna; Clyde E. Kinney et al., as Councilmen of City of Savanna; and James L. Jensen as City Manager of City of Savanna, Defendants-Appellants.

Gen. No. 10,835.

Second District.

July 22, 1955.

Released for publication August 11, 1955.

John A. Leemon, and Ralph M. Eaton, for defendants-appellants; Lawrence A. Smith, for petitioners-appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**